United States District Court
Southern District of Texas
**ENTERED**
June 12, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Case No. 7:23–mj–01070 |
| | § | |
| Denisse Ahumada–Martinez | § | |

### ORDER OF TEMPORARY DETENTION
### PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for June 14, 2023 at 02:00 PM before United States Magistrate Judge Juan F Alanis at 1701 W. Bus. Hwy. 83, McAllen, Texas 78501. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
Juan F. Alanis
United States Magistrate Judge

Date of order: **June 12, 2023**