United States District Court
Southern District of Texas
**ENTERED**
June 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CASE NO. 7:23-mj-1070-1 |
| DENISSE AHUMADA-MARTINEZ | § | |

### ORDER

On June 15, 2023, a preliminary and detention hearing was held in this matter. After hearing testimony and arguments presented, the Court finds that Government did not meet its burden of establishing by probable cause standard that Defendant committed the charged offense; therefore, it is ORDERED that complaint in this matter is dismissed without prejudice.

ITS IS FURTHER ORDERED that the Defendant is discharged from being held in this matter.

The Clerk's Office is ORDERED to provide a copy of this Order to the U.S. Marshals Service, counsel for Defendant, and counsel for the Government.

SO ORDERED, the date of June 15, 2023, at McAllen, Texas.

_____
Juan F. Alanis
United States Magistrate Judge